IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21　PM 2:51

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER LEE BASSETT,<br><br>　　　　　　　Defendant. | 4:25CR3086<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) and 841(b)(1) |

The Grand Jury charges that

<u>COUNT I</u>

On or about May 22, 2025, in the District of Nebraska, Defendant TYLER LEE BASSETT did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

　　　　　　　　　　　　　　　　　　A TRUE BILL.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　for CHRISTOPHER J. HARROUN, #26800
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1