UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | CASE NO. 4:25-CR-3086 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR RECONSIDERATION** |
| | ) | **FOR DETENTION** |
| TYLER LEE BASSETT, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Tyler Lee Bassett, by and through his attorney of record, and hereby moves this Court pursuant to 18 U.S.C. § 3142 for a detention hearing. In support of this motion, Counsel states:

1. Bassett was indited on October 21, 2025.
2. Tyler Lee Bassett, on his own volition, completed a substance abuse evaluation from Sunrise Treatment Center, a 3.5 level in-patient treatment facility located in Norfolk Nebraska.
3. The evaluation recommends that Mr. Bassett enter their 30–45 day residential treatment program with follow-up IOP and Individual Counseling. Sunrise will provide transportation (should the Court allow him to go) from the Saline County Jail (where Mr. Bassett is currently residing) directly to the facility in Norfolk.
4. Mr. Bassett on his own volition, applied to and was accepted at this 3.5 level treatment facility, because he understands he suffers from substance abuse and would like to immediately begin treatment.
5. Mr. Bassett is asking the Court to allow him to be released directly into treatment while awaiting the disposition of this case as it would benefit his health and would address his treatment needs.
6. Defendant is amenable to any conditions the Court would place on him while being placed at this facility.

WHEREFORE, Brian S. Munnelly prays that this Court hold a detention hearing on this

matter.

Dated the 5th day of December 2025.

                                              Respectfully submitted,

                                              TYLER LEE BASSETT, Defendant,
                                              By: /s/Brian S. Munnelly #18372
                                                    626 S. 19th Street, Suite 9
                                                    Omaha, NE 68102
                                                    Ph: (402) 991-8100
                                                    Fax: (402) 934-1030
                                                    bmunnelly1009@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 5th day of December 2025., I electronically filed the foregoing Motion for Reconsideration of Detention with the Clerk of the Court using CM/EFC system, which will send notification of such ruling to the other parties in this case.

                                                                                  /s/Brian S. Munnelly