IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiffs,

      vs.

TYLER LEE BASSETT,

               Defendant.

**4:25CR3086**

**ORDER**

Before the Court is Defendant's unopposed motion for temporary release (Filing No. 45). The government has no objection to this motion. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1)     Defendant's motion for temporary release, (Filing No. 43), is denied as moot.

2)     Defendant's motion for temporary release, (Filing No. 45), is granted.

2)     Defendant shall be released at 1:00 p.m. on June 25, 2026 to attend his mother Elenor Baier's funeral/celebration of life at  Cornerstone Assembly of God Church, 805 Thurston Ave., Pender, NE 68047 from 6:00 p.m. to 9:00 p.m. He will then stay overnight at his brother Travis Knudson's home located at 1108 Dickson Street, Emerson Nebraska 68733.

3)     Defendant will be picked up from the Dawson County jail by Lisa Peyton, who is providing the transportation for Defendant's temporary release from  custody. Kayla Bassett will transport him back to the Dawson County jail.

3)     Defendant shall return to Dawson County Jail in Lexington, Nebraska no later than 12:00 p.m. on June 26, 2026.

4)     Defendant shall refrain from any use or possession of alcohol and shall not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

5)     The clerk shall provide a copy of this order to the Marshal.

Dated this 23rd day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge