IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER LEE BASSETT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 4:25cr3086<br><br>**ORDER TO DESTROY** |

Counsel for the defendant notified the court on 9/3/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit 101 from Detention hearing held 12/17/2025

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: September 3, 2026

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge